IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PETER CURLEY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:18-cv-00954-M |
| TRADITION SENIOR LIVING L.P., | § § § | |
| Defendant. | § § | |

## AMENDED JUDGMENT

Consistent with the Court's Memorandum Opinion and Order [ECF No. 34], which granted summary judgment in favor of Defendant on each of Plaintiff's claims, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff take nothing on his claims against Defendant.

Court costs are taxed against the Plaintiff.

**SO ORDERED**.

June 7, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE